# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2433

_____

| | | |
|---|---|---|
| Lavern Larry Thomas, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 6, 1999

Filed: January 13, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Lavern Larry Thomas appeals the district court's[1] denial of his motion for relief brought pursuant to 28 U.S.C. § 2255. After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B. Thomas's motion for appointment of counsel is denied.

_____

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.